UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00159 |
| | ) | JUDGE CAMPBELL |
| ANGELA CARMARDA and | ) | |
| CYNTHIA FAYE HEINZ | ) | |

## ORDER

The change of plea hearings for Defendants Carmarda and Heinz remain scheduled for July 1, 2013, at 9:00 a.m., notwithstanding the contemporaneous Order continuing the trial to October 29, 2013. Any plea agreements shall be submitted for the Court to review by June 28, 2013.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE