# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 3:12 CR 00159-03 |
| | ) | Judge Marvin E. Aspen |
| CYNTHIA FAYE HEINZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

The revocation hearing held on January 5, 2017 is hereby continued to January 10, 2017 at 11:00 a.m. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: January 5, 2017
Nashville, Tennessee